UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

Eastern District of Kentucky
**FILED**

SEP 22 2022

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                    INDICTMENT NO. 7:22-CR-16-REW

AARON TYLER WELCH and
SAMANTHA NICHOLE DANIELS,
   aka SAMANTHA WEBB

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 846

On or about a date in March 2021, the exact date unknown, and continuing through on or about March 9, 2022, in Johnson County, in the Eastern District of Kentucky, and elsewhere,

**AARON TYLER WELCH and
SAMANTHA NICHOLE DANIELS,
aka SAMANTHA WEBB,**

did conspire together and with others to knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §841(a)(1), all in violation of 21 U.S.C. § 846.

## COUNT 2
## 21 U.S.C. § 841(a)(1)
## 18 U.S.C. § 2

On or about March 1, 2022, in Johnson County, in the Eastern District of Kentucky,

### AARON TYLER WELCH and
### SAMANTHA NICHOLE DANIELS,
### aka SAMANTHA WEBB,

aided and abetted by each other, did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT 3
## 21 U.S.C. § 841(a)(1)
## 18 U.S.C. § 2

On or about March 9, 2022, in Johnson County, in the Eastern District of Kentucky,

### AARON TYLER WELCH and
### SAMANTHA NICHOLE DANIELS,
### aka SAMANTHA WEBB,

aided and abetted by each other, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## FORFEITURE ALLEGATION
## 21 U.S.C. § 853

In committing the offenses alleged in this Indictment, the same being punishable by imprisonment for more than one year, **AARON TYLER WELCH** and **SAMANTHA NICHOLE DANIELS** used and intended to use the below-described property to commit and to facilitate the commission of the said controlled substance violations, and the below-described property constitutes proceeds obtained directly and indirectly as a result of the commission of the aforesaid violations of 21 U.S.C. §§ 841(a)(1) and 846, including, but not limited to, the following property:

### FIREARM AND AMMUNITION:

1. Taurus. G2C. 9mm caliber pistol with serial number ABH820332. seized from Aaron Tyler Welch and Samantha Nichole Davis on or about March 9, 2022;
2. One Century Arms, 9mm caliber pistol with serial number THX61275, seized from Aaron Tyler Welch and Samantha Nichole Davis on or about March 9, 2022; and
3. Various rounds of ammunition seized from Aaron Tyler Welch and Samantha Nichole Davis on or about March 9, 2022.

### CURRENCY:

1. $7,875 of United States currency seized from Aaron Tyler Welch and Samantha Nichole Davis on or about March 9, 2022.

By virtue of the commission of the felony offenses charged in this Indictment, any and all interest **AARON TYLER WELCH** and **SAMANTHA NICHOLE DANIELS** has in the above-described property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

A TRUE BILL

███████████████

FOREPERSON

_____
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

### COUNTS 1 & 2:

Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

### COUNT 3:

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Forfeiture of listed items.